Steven McARDLE, Plaintiff–Appellee,

v.

AT&T MOBILITY, LLC; New Cingular Wireless PCS, LLC; New Cingular Wireless Services, INC., Defendants–Appellants.

No. 09–17218.

United States Court of Appeals, Ninth Circuit.

Submitted June 15, 2012.*

Filed June 29, 2012.

As Amended on Denial of Rehearing Aug. 31, 2012.

Adam Joshua Gutride, Lee Jay Yeechang Kuo, Seth Adam Safier, Gutride Safier LLP, San Francisco, CA, for Plaintiff–Appellee.

Donald Manwell Falk, Mayer Brown, LLP, Palo Alto, CA, Joseph William Goodman, John Nadolenco, Esquire, Mayer Brown, LLP, Los Angeles, CA, Archis Ashok Parasharami, Kevin Ranlett, Evan

---

■ This disposition is not appropriate for publication and except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable without oral argument. *See* Fed. R.App. P. 34(a)(2).

**516**

Mark Tager, Mayer Brown LLP, Washington, DC, for Defendants–Appellants.

Before: HUG, RAWLINSON, and IKUTA, Circuit Judges.

MEMORANDUM **

AT&T Mobility, LLC (AT&T) appeals the district court's order denying its motion to compel arbitration.

When the district court denied the motion to compel arbitration, it did not have the benefit of the decisions by the United States Supreme Court in *AT&T Mobility LLC v. Concepcion,* —— U.S. ——, 131 S.Ct. 1740, 179 L.Ed.2d 742 (2011) and by this court in *Coneff v. AT & T Corp.,* 673 F.3d 1155 (9th Cir.2012). The district court ruled that the arbitration clause in the agreement between McArdle and AT & T was unenforceable due to the absence of class action relief. This ruling is not consistent with the holdings of *Concepcion* and *Coneff. See Concepcion,* 131 S.Ct. at 1751–52; *Coneff,* 673 F.3d at 1161.

In *Coneff,* we noted that "generally applicable contract defenses" survive under § 2 of the Federal Arbitration Act. *Coneff,* 673 F.3d at 1161 (quoting *Concepcion,* 131 S.Ct. at 1746). We remand to the district court to consider in the first instance McArdle's arguments based on generally applicable contract defenses. *See id.*

**REVERSED and REMANDED.**

** This disposition is not appropriate for publication and except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).